127 A.3d 1288

Dwayne ANDERSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY; Office of Judicial Records, Respondents.

No. 132 EM 2015.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and Prohibition is **DENIED**.